# UNITED STATES EASTERN DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# REDDING DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) | Case No.: 3:20-PO-0337 DMC<br><br>**ORDER FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)** |
| v. | | |
| DAVID SCHWARK, | | |
| Defendant. | | |

Upon request of Counsel for Defendant, filed April 20, 2021:

IT IS HEREBY ORDERED that, pursuant to Rule 43, Defendant DAVID SCHWARK's personal appearance in the instant matter is waived.

Dated: June 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---
0
[PROPOSED] ORDER